■ NATIONAL COMMERCIAL BANK AND TRUST COMPANY OF ALBANY, Respondent, v. CHARLES E. HAMEL et al., Defendants, and ROBERT H. COLLINS, Appellant.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ SALVATORE CANONICA, Respondent, v. VIRGIL P. WILLIAMS, Appellant. — Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ ELLA KILCOIN et al., Appellants, v. SUNNY COUNTRYMAN et al., Respondents.— Application for stay denied, without costs. Stay contained in the order to show cause is hereby vacated and set aside. We find nothing in the papers submitted upon this motion to indicate that the Supreme Court has exclusive jurisdiction of the matters alleged. The plaintiffs-appellants were given an opportunity to try their case in the Supreme Court and the dismissal of the complaint resulted because they were not prepared to go on with the trial and refused to do so. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of EMILY NOYES, Respondent, against GREAT ATLANTIC AND PACIFIC TEA CO. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present— Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of GERTRUDE S. AHERN, Respondent, against SOUTH BUFFALO RAILWAY COMPANY, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of DANIEL E. JEHLI, JR., Doing Business as BRENTWOOD BUS COMPANY, Appellant, against BENJAMIN F. FEINBERG et al., Constituting the Public Service Commission of the State of New York, et al., Respondents.— The decision of this court, handed down February 5, 1959 (ante, p. 953), is hereby amended to read as follows: Motion to dispense with the printing of certain minutes and exhibits denied except that appellant may submit five copies of exhibits in photostatic form. The papers submitted on the motion indicate that the appeal is being perfected pursuant to rule VII of this court. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

## (February 9, 1959)

■ In the Matter of S. LETO CONSTRUCTION CORP., Respondent-Appellant, against HERKIMER CONSTRUCTION CORP. et al., Judgment Debtors, and FIRST NATIONAL BANK OF HERKIMER, Appellant-Respondent. COMPTROLLER OF THE STATE OF NEW YORK, Third Party.— Motion adjourned until the argument of the appeal. The application of the Comptroller of the State of New York to be added as a party to the proceedings herein denied on the ground that he is already a respondent herein. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.